| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Becker, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  JD Becker
FDBA  Cardville

**3. Debtor's federal Employer Identification Number** (EIN)  61-1281895

**4. Debtor's address**

Principal place of business

7521 Outer Loop
Louisville, KY 40228
Number, Street, City, State & ZIP Code

Jefferson
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  jdbeckerstores.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Becker, Inc.**
     Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4581__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor  **Becker, Inc.**                                                                                           Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____       Relationship _____
District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000         ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000         ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 3

Debtor  **Becker, Inc.**                                                                                               Case number (*if known*)
        Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Becker, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 29, 2024**
MM / DD / YYYY

X **/s/ John I. Becker**                                      **John I. Becker**
Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Charity S. Bird**                                     Date **May 29, 2024**
Signature of attorney for debtor                               MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone **(502) 540-8285**    Email address **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

# RESOLUTION OF THE BOARD OF DIRECTORS OF BECKER, INC.

## May 20, 2024

The undersigned, being all the members of the Board of Directors (the "Board") of **BECKER, INC.** (the "Company"), in lieu of holding a meeting of the Board, do hereby adopt by unanimous written consent the following recitals and resolutions pursuant to the Bylaws of the Company, dated June 1, 1995, as amended from time to time (collectively, the "Bylaws"). Capitalized terms not otherwise defined herein have the meaning set forth in the Bylaws.

**WHEREAS**, the Board has determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Board has determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that John Becker, as President and sole shareholder of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that John Becker, as President of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Becker may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

### Counterparts; Electronic Mail Transmission

This resolution may be executed in counterparts, each of which shall constitute an original, and all of which shall constitute one and the same resolution. This consent may also be executed by electronic mail transmission.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, all members of the Board have executed this Resolution on the date first written above.

_/s/ John Becker_
John Becker, President

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Becker, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 29, 2024**         X **/s/ John I. Becker**
                                        Signature of individual signing on behalf of debtor

                                        **John I. Becker**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Becker, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Aminco International**<br>20571 Crescent Bay Dr<br>Lake Forest, CA 92630 | | Trade debt | | | | $9,136.72 |
| **Bacon & Company**<br>200-208 W. Summit Hill<br>PO Box 78<br>Knoxville, TN 37901 | | Trade debt | | | | $7,336.00 |
| **Badger Sportswear**<br>PO Box 1036<br>Charlotte, NC 28201 | | Trade debt | | | | $29,998.56 |
| **Bethel International**<br>4610 Bragg Blvd<br>Fayetteville, NC 28303 | | Trade debt | | | | $11,555.45 |
| **Capsmith, Inc.**<br>2240 Old Lake Mary Rd<br>Sanford, FL 32771 | | Trade debt | | | | $701.47 |
| **Casey's Distributing**<br>8921 J Street<br>Suite 300<br>Omaha, NE 68127 | | Trade debt | | | | $824.05 |
| **Diesel Funding LLC**<br>633 NE 167th St., Ste. 831<br>Miami, FL 33162 | | Merchant Cash Advance Agreement | Disputed | | | $57,251.77 |
| **Dixie Seal & Stamp Co.**<br>PO Box 2188<br>Tucker, GA 30085 | | Trade debt | | | | $1,393.58 |

Debtor **Becker, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **DLP Funding** 188 Grand Street Unit 188 New York, NY 10013 | | Merchant cash advance | Disputed | | | $53,400.00 |
| **En Od Capital** 1202 Avenue U Suite 115 Brooklyn, NY 11229 | | Merchant cash advance | Disputed | | | $29,700.00 |
| **Evergreen Enterprises** PO Box 602961 Charlotte, NC 28260 | | Trade debt | | | | $591.19 |
| **Fox Funding** 803 S 21st Avenue Hollywood, FL 33020 | | Merchant cash advance | Disputed | | | $96,400.00 |
| **Holland Bar Stool Co.** 12839 Corporate Circle Pl Holland, MI 49424 | | Trade debt | | | | $942.13 |
| **Kentucky Department of Revenue** Division of Sales and Use Tax Station 67 PO Box 181 Frankfort, KY 40602-0181 | | Sales taxes | | | | Unknown |
| **Barry J. Mattingly** 3038 Breckenridge Lane Suite 102 Louisville, KY 40220 | | Trade debt | | | | $2,500.00 |
| **Rawlings Sporting Goods** PO Box 910212 Dallas, TX 75391 | | Trade debt | | | | $4,749.84 |
| **Santa's Workshop, Inc.** 1650 Trumbull Avenue Girard, OH 44420 | | Trade debt | | | | $2,514.84 |
| **Seasons Jewelry** 108 Thomas Avenue Springfield, TN 37172 | | Trade debt | | | | $1,444.76 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

| Debtor | **Becker, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TaylorHurst LLC c/o Hagan Properties, Inc. 12911 Reamers Road Louisville, KY 40205** | | **Rent and CAM** | **Subject to Setoff** | | | $20,400.00 |
| **TBP Outer Loop, LLC c/o Gramercy Property Group LLC PO Box 20555 New York, NY 10011** | | **Rent and CAM** | **Subject to Setoff** | | | $49,800.00 |

**United States Bankruptcy Court**
**Western District of Kentucky**

In re  **Becker, Inc.**                                                                 Case No.
                                     Debtor(s)                                          Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 29, 2024**                           **/s/ John I. Becker**
                                                  **John I. Becker**/**President**
                                                  Signer/Title

```
Aminco International
20571 Crescent Bay Dr
Lake Forest, CA 92630

Bacon & Company
200-208 W. Summit Hill
PO Box 78
Knoxville, TN 37901

Badger Sportswear
PO Box 1036
Charlotte, NC 28201

Bethel International
4610 Bragg Blvd
Fayetteville, NC 28303

Bluevine Capital Inc.
30 Montgomery St., Suite 1400
Jersey City, NJ 07302

ByzFunder, LLC
530 7th Ave
Suite 505
New York, NY 10018

CAN Capital, Inc.
1850 Parkway Pl
Suite 1150
Marietta, GA 30067

Capsmith, Inc.
2240 Old Lake Mary Rd
Sanford, FL 32771

Casey's Distributing
8921 J Street
Suite 300
Omaha, NE 68127

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Corporation Service Company
for: Servicing Solutions
801 Adlai Stevenson Drive
Springfield, IL 62703

CT Corporation System, as Representative
for: Unidentified Secured Party
330 N. Brand Blvd, Suite 700
Glendale, CA 91203
```

```
Diesel Funding LLC
633 NE 167th St., Ste. 831
Miami, FL 33162

Dixie Seal & Stamp Co.
PO Box 2188
Tucker, GA 30085

DLP Funding
188 Grand Street
Unit 188
New York, NY 10013

En Od Capital
1202 Avenue U
Suite 115
Brooklyn, NY 11229

Evergreen Enterprises
PO Box 602961
Charlotte, NC 28260

First Corporate Solutions
for: Bluevine Capital Inc.
914 S Street
Sacramento, CA 95811

First Corporate Solutions Inc.
for: LLSV
914 S Street
Sacramento, CA 95811

Fox Funding
803 S 21st Avenue
Hollywood, FL 33020

Funding Metrics, LLC
dba Lendini Funding
3220 Tillman Dr
Suite 200
Bensalem, PA 19020

Good Tymes Enterprises
PO Box 2073
Abingdon, VA 24212

Isaac H. Greenfield, Esq.
Law Offices of Isaac H. Greenfield PLLC
2 Executive Blvd., Ste. 305
Suffern, NY 10901

Holland Bar Stool Co.
12839 Corporate Circle Pl
Holland, MI 49424
```

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John I. Becker
1006 Majestic Oaks Way
Simpsonville, KY 40067

Kentucky Department of Revenue
Legal Support Branch - Bankruptcy
PO Box 5222
Frankfort, KY 40602

Kentucky Department of Revenue
Division of Sales and Use Tax
Station 67
PO Box 181
Frankfort, KY 40602-0181

LLSV
370 Lexington Avenue
Suite 801
New York, NY 10017

Barry J. Mattingly
3038 Breckenridge Lane
Suite 102
Louisville, KY 40220

Office of the U. S. Attorney
Western District of Kentucky
For: US Small Business Administration
717 West Broadway
Louisville, KY 40202

Office of the U. S. Attorney
Western District of Kentucky
for: Internal Revnue Service
717 West Broadway
Louisville, KY 40202

On Deck Capital, Inc.
4201 Wilson Blvd
Ste 110-209
Arlington, VA 22203

On Deck Funding
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009

PNC Bank, NA
PO Box 747032
Pittsburgh, PA 15274

```
PNC Bank, NA
249 Fifth Ave
MS P1-POPP-BL-7
Pittsburgh, PA 15222

Rawlings Sporting Goods
PO Box 910212
Dallas, TX 75391

Santa's Workshop, Inc.
1650 Trumbull Avenue
Girard, OH 44420

Seacoast National Bank
815 Colorado Avenue
Stuart, FL 34995

Seasons Jewelry
108 Thomas Avenue
Springfield, TN 37172

Servicing Solutions
PO Box 732695
Dallas, TX 75373

TaylorHurst LLC
c/o Hagan Properties, Inc.
12911 Reamers Road
Louisville, KY 40205

TBP Outer Loop, LLC
c/o Gramercy Property Group LLC
PO Box 20555
New York, NY 10011

US Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

US Small Business Administration
Tennessee District Office
2 International Plaza, Ste. 500
Nashville, TN 37217-2002

VSTATE Filings, as Representative
for: Unidentified Secured Party
301 Mill Road
Suite U-5
Hewlett, NY 11557
```

# United States Bankruptcy Court
## Western District of Kentucky

In re **Becker, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Becker, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 29, 2024** | **/s/ Charity S. Bird** |
| Date | **Charity S. Bird** |
| | Signature of Attorney or Litigant |
| | Counsel for **Becker, Inc.** |
| | **Kaplan Johnson Abate & Bird LLP** |
| | **710 West Main Street** |
| | **Fourth Floor** |
| | **Louisville, KY 40202** |
| | **(502) 540-8285 Fax:(502) 540-8282** |
| | **cbird@kaplanjohnsonlaw.com** |